| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608<br>JESSICA LUHRS, CASB No. 284846 |
| 2 | KEESAL, YOUNG & LOGAN<br>A Professional Corporation |
| 3 | 450 Pacific Avenue<br>San Francisco, California  94133 |
| 4 | Telephone:    (415) 398-6000<br>Facsimile:     (415) 981-0136 |
| 5 | |
| 6 | Attorneys For<br>Defendants A.P. MOLLER-MAERSK A/S, SAFMARINE and SAFMARINE, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FUBON INSURANCE CO., LTD, a foreign limited liability company; TAIAN INSURANCE CO., LTD., a foreign limited liability company; SHINKONG INSURANCE CO., LTD., a foreign limited liability company; THE FIRST INSURANCE CO., LTD, a foreign limited liability company; and CATHAY FINANCIAL HOLDING CO., LTD, a foreign limited liability company, | ) ) ) ) ) ) ) ) ) ) ) | Case No. C 14-01502 ~~DMR~~ SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date:    July 2, 2014<br>Time:   1:30 p.m.<br>Place:  Courtroom 4, 3rd Floor |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| UTI WORLDWIDE, INC., a foreign entity of unknown business form; UTI, SERVICES, INC., a corporation; UTI SOUTH AFRICA (PTY) LTD., a foreign corporation; UTI, UNITED STATES, INC., a corporation; A.P. MOLLER-MAERSK A/S, a foreign corporation, trading as SAFMARINE; and SAFMARINE, INC., a corporation, | ) ) ) ) ) ) ) ) ) ) | **IT IS SO ORDERED AS MODIFIED** |
| Defendants. | ) ) | |

Plaintiffs FUBON INSURANCE CO., LTD, TAIAN INSURANCE CO., LTD.,

SHINKONG INSURANCE CO., LTD., THE FIRST INSURANCE CO., LTD, and CATHAY

FINANCIAL HOLDING CO., LTD. ("Plaintiffs") and Defendants UTI WORLDWIDE, INC., UTI

SERVICES, INC., UTI, UNITED STATES, INC. ("UTI"), and A.P. MOLLER-MAERSK A/S

SAFMARINE and SAFMARINE, INC. ("Maersk") (Plaintiffs and Defendants may be collectively

- 1 -                                                                                KYL_SF643040

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING
CONFERENCE - Case No. C 14-01502 DMR

1  referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as
2  follows:
3          WHEREAS, the initial Case Management Conference is currently scheduled for July 2,
4  2014 at 1:30 p.m. in Courtroom 4;
5          WHEREAS, the last day to meet and confer, to file an ADR Certification, and to file
6  either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference is currently June
7  11, 2014;
8          WHEREAS, the last day to file a Rule 26(f) report and to file a Case Management
9  Statement is currently June 25, 2014;
10          WHEREAS, the Parties are currently in the process of investigating the background of
11  this matter in order to determine whether settlement is appropriate; and
12          WHEREAS, the Parties therefore request a continuance of the above deadlines in the
13  interest of judicial economy and to facilitate settlement discussions;
14          NOW THEREFORE, the Parties stipulate and agree as follows:
15          The Parties request that the Case Management Conference, and all related deadlines,
16  including those listed above, be continued approximately 60 days, as follows: 1) the initial Case
17  Management Conference shall be continued to September 3, 2014; 2) the last day to meet and confer,
18  file an ADR Certification, and file either a Stipulation to ADR Process or Notice of Need for ADR
19  Phone Conference shall be continued to August 13, 2014; and 3) the last day to file a Rule 26(f) report
20  and to file a Case Management Statement shall be continued to August 27, 2014.
21          IT IS SO STIPULATED.
22
23  DATED:  June 11, 2014        */s/ Jessica Luhrs*
        JOHN D. GIFFIN
24          JESSICA LUHRS
        KEESAL, YOUNG & LOGAN
25          Attorneys For
        Defendants A.P. MOLLER-MAERSK A/S,
26          SAFMARINE and SAFMARINE, INC.
27
28  DATED: June 11, 2014        */s/ C. Joseph Ou*
        JOSHUA KIRSCH

|   |   |   |
|---|---|---|
| 1 | | C. JOSEPH OU |
| 2 | | GIBSON ROBB & LINDH LLP |
| | | Attorneys for Plaintiffs FUBON INSURANCE CO., LTD, TAIAN INSURANCE CO., LTD., SHINKONG INSURANCE CO., LTD., THE FIRST INSURANCE CO., LTD, and CATHAY FINANCIAL HOLDING CO., LTD. |

1
2
3
4
5
6   DATED: June 11, 2014                    /s/ Cameron Roberts
7                                           CAMERON ROBERTS
                                            ROBERTS & KEHAGIARAS LLP
8                                           Attorneys for Defendants UTI WORLDWIDE, INC., UTI SERVICES, INC., UTI, UNITED STATES, INC.
9
10
11          *I, Jessica Luhrs attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*
12
13
14
...
28

- 3 -   KYL_SF643040

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE - Case No. C 14-01502 DMR

1 **[PROPOSED] ORDER**

2 Pursuant to the stipulation of the Parties and good cause appearing, it is hereby
3 ORDERED that:

4     1. The initial Case Management Conference shall be continued to
5 __Friday, 09/05__, 2014 at __10:00 AM__;

6     2. The last day to meet and confer, file an ADR Certification, and file either a
7 Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to
8 __08/15__, 2014; and

9     3. The last day to file a Rule 26(f) report and to file a Case Management Statement
10 shall be continued to __08/29__, 2014.

14 DATED: __06/20/2014__        IT IS SO ORDERED AS MODIFIED
15                                          THE HON. _____
                                         Judge Samuel Conti